1

2

3

4

5

6

7

8

9

10

11

12              **UNITED STATES DISTRICT COURT**

13                  **DISTRICT OF NEVADA**

14

15  HENDERSON APARTMENT VENTURE, LLC, )       2:09-cv-01849-HDM-PAL
                                     )
16                  Plaintiff,       )
                                     )
17  vs.                              )       ORDER
                                     )
18  ANDREW S. MILLER,                )
                                     )
19                  Defendant.       )
    _____)

20

21      On July 23, 2010, defendant filed an emergency motion to

22  compel production of documents and for leave to supplement

23  dispositive motion (#30).  On August 2, 2010, the parties filed

24  cross motions for summary judgment (#31 and #32).  On August 24,

25  2010, the magistrate judge held a hearing on the emergency motion

26  to compel.  The magistrate judge made certain orders during the

27  hearing and then continued it to September 10, 2010.  On September

28  1, 2010, the defendant filed a motion to clarify the magistrate

1

judge's order of August 24, 2010.  At the September 10, 2010, hearing, the magistrate judge heard the argument of counsel and then advised that she would issue a separate written order to resolve the dispute.  As of this date, the discovery dispute remains outstanding.

It would be error for the court to grant either party's motion for summary judgment "without first having determined the merits of [the] pending discovery motion."  *Garrett v. City & County of San Francisco*, 818 F.2d 1515, 1519 (9th Cir. 1987).  As the motion for discovery (#30) has not yet been decided, the court cannot at this time rule on the motions for summary judgment because the magistrate judge's ruling may impact the arguments made for summary judgment.  Accordingly, both motions for summary judgment (#31 and #32) are denied without prejudice, to renew within 30 days after the magistrate judge issues her order resolving the dispute.  The hearing scheduled for March 8, 2011, is therefore vacated.

**IT IS SO ORDERED.**

DATED: This 4th day of February, 2011.

*Howard D McKibben*
_____
UNITED STATES DISTRICT JUDGE