IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HENDERSON APARTMENT VENTURE, LLC,

        Plaintiff,

  vs.

ANDREW S. MILLER,

        Defendant.
_____/

2:09-cv-01849-HDM-PAL

ORDER

    This action is referred to the Chief Judge for reassignment. The trial set for July 31, 2012, is vacated.

    IT IS SO ORDERED.

    Dated this 14th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE